MARCH 23, 2015

77,445-03

# 1275382

Damacia D. Busby
1200 FM 655
Rosharon, Tx 77583

Office of the Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Tx 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 25 2015

Abel Acosta, Clerk

RE: Trial Court Writ No.# 0978120-B;
Ex Parte Damacia D. Busby

Dear Clerk;

Enclosed for you to file is:

(1) Applicant's Motion To Compel Trial Court To Resolve Designated Issue And Then Enter Findings Of Fact.

Thank You,

Damacia D. Busby
Damacia D. Busby

DDB/enclosure

cc: Harris Co, District Attorney
185th District Court, Harris Co.

Texas Court of Criminal Appeals
Trial No.# 0978120-B
CCA No.# _____

Ex Parte

Damacia J. Beasley,
          Applicant

Applicant's Motion To Compel Trial
Court To Resolve Designated Issue
And Then Enter Findings Of Fact

Pursuant to Article 11.07 § 3(d), Tex.
C.C.P. (And All other Appropriate Statutes)
And U.S. Constitution Amendments, 5th, 9th
And 14th, And the Texas Constitution Article
1, § 12, 13, And 19, Applicant Damacia J. Beasley,
Ask that this Court issue An order to
compel the 185th District Court of
Harris County, Texas to fulfill its
ministerial duties delineated under

(1.)

Texas Code of Criminal Procedure 11.07. In support thereof Applicant shows this Court the following:

1) On January 08, 2015, the trial court signed its order designating the issues to be resolved. (See: Attached hereto, as Exhibit No.# 01, trial court's order)

2) No action has been taken in this case since the court signed the order on January 08, 2015. This inaction has and continues to prejudice and harm the Applicant by depriving him of a fair, and expedient resolution of his habeas corpus claims involving his actual innocence and wrongful conviction.

3) The United States and Texas Constitutions guarantee due process and equal protection of the law in these habeas corpus proceedings and the

(2.)

Applicant is asking this Court to take the appropriate and necessary actions to uphold and enforce those constitutional rights that are at stake.

4.) Chapter 11, and particularly Article 11.07 imposes a ministerial duty on the trial Court that has not been complied with.

Respectfully submitted on March 23, 2015.

Damacia D. Busby
DAMACIA D. BUSBY
RAMSEY II PRISON UNIT
1200 FM 655
ROSHARON, TEXAS
77583-8602

## Certificate of Service

On March 23, 2015, I certify that service by Regular U.S. mail was made on all parties by depositing a copy of the above motion into the prison's outgoing mail system.

Damacia D. Busby
DAMACIA D. BUSBY

(3)

Exhibit
# No. 01

CAUSE NO. 0978120-B

F I L E D
Chris Daniel
District Clerk
JAN 07 2015
Time:_____
Harris County, Texas
By_____ Deputy

EX PARTE

§   IN THE 185TH DISTRICT COURT

§   OF

DAMACIA BUSBY
Applicant

§   HARRIS COUNTY, TEXAS

### MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate that the issue of whether the applicant received effective assistance of counsel at trial needs to be resolved.

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the following address:

> Mr. Damacia Danielle Busby
> TDCJ #1275382
> Ramsey II Unit
> 1200 FM 655
> Rosharon, Texas  77583

SIGNED this 7th day of January, 2015.

Respectfully submitted,

*Sharon Y. Chu*

Sharon Y. Chu
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-6657
Texas Bar I.D. #24051950

F I L E D
Chris Daniel
District Clerk

JAN 07 2015

Harris County, Texas

By _____

CAUSE NO. 0978120-B

EX PARTE § IN THE 185TH DISTRICT COURT

§ OF

DAMACIA BUSBY § HARRIS COUNTY, TEXAS
 Applicant

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the

Court finds that the following issue needs to be resolved in the instant proceeding:

1. Whether the applicant received effective assistance of counsel at trial.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-

cited issue and then enter findings of fact.

**By the following signature, the Court adopts the State's Proposed**

**Order Designating Issues in cause number 0978120-A.**

SIGNED on the _8_ day of _Jan_ , 20_15_ .

_____
PRESIDING JUDGE



STATE OF TEXAS
COUNTY OF

I, Chris Daniel, ... Harris County, Texas, certify that
this is a true ... ... ...ginal record filed and or recorded
in my office, clerk ... ... ...opy as it appears on this date.
Witness my ... ... ...and seal of office this

JAN 0 8 2015

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy

CAUSE NO. 0978120-B   Time:_____

EX PARTE                                   §      IN THE 185TH DISTRICT COURT

                                           §      OF

DAMACIA BUSBY                              §      HARRIS COUNTY, TEXAS
Applicant

## CERTIFICATE OF SERVICE

Service has been accomplished by sending a copy of this instrument to the

following address:

> Mr. Damacia Danielle Busby
> TDCJ #1275382
> Ramsey II Unit
> 1200 FM 655
> Rosharon, Texas  77583

SIGNED this 7th day of January, 2015.

Respectfully submitted,

*Sharon Y. Chu*

Sharon Y. Chu
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657
Texas Bar ID 24051950

2

STATE OF TEXAS
COUNTY OF Harris

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.

Witness my official hand and seal of office this

JAN 0 8 2015

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

January 8, 2015

DAMACIA BUSBY
#1275382 RAMSEY II UNIT
1200 FM 655
ROSHARON, TEXAS 77583

*TDCJ Delivered On: Jan. 13, 2015*

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 978120-B in the 185th District Court.

☐ State's Original Answer Filed          ,

☐ Affidavit          ,

☐ Court Order Dated          ,

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order          ,

☒ Other

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

lah

Enclosure(s) – STATE'S MOTION / PROPOSED ORDER DESIGNATING ISSUES


*Delivered On: 1/13/2015*